IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SALAS et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | EP-24-CV-00009-DB |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Defendant. | § | |

### ADDENDUM TO FINDINGS OF FACT AND CONCLUSIONS OF LAW

On this day, the Court considered the above-captioned case. This addendum supplements the Court's "Findings of Fact and Conclusions of Law," ECF No. 112. It is hereby noted that this addendum is issued for the limited purpose of addressing a clerical error related to an award of survival damages for medical expenses. All other factual findings, legal conclusions, and determinations of damages remain undisturbed. This addendum shall be treated as an inseverable part of the Court's "Findings of Fact and Conclusions of Law," ECF No. 112.

On August 11, 2025, this Court issued its "Findings of Fact and Conclusions of Law," ECF No. 112, and entered a "Final Judgment," ECF No. 113. Therein, finding of fact number 165 provides: "165. S.A. Salas' reasonable expense of necessary medical and hospital care prior to his death was $68,184.00. *See* Stipulation 27. '$68,184.00 is the reasonable amount for the decedent Anthony Salas's medical care for injuries sustained in the occurrence in question prior to his death.'" FFCL 29, ECF No. 112. In the same document, "Medical expenses" were not awarded, and instead listed the amount of "$0", not carrying over the amount reflected in finding of fact number 165. *Id.* at 55.

On August 21, 2025, this Court granted Plaintiffs' "Motion to Modify the Judgment as authorized by Federal Rule of Civil Procedure 60(a)," ECF No. 114, wherein Plaintiffs sought to correct the amount of past medical expenses ($68,184.00) as the reasonable expense of necessary

medical and hospital care of Anthony Salas as a result of the incident.[1] After reviewing Plaintiffs' Motion, this Court found there was a clerical error by the Court in the Findings of Fact and Conclusions of Law, and that the Judgment should be corrected and modified to reflect $68,184.00 in medical expenses as one of the elements of survival damages.

Accordingly, **IT IS THEREFORE ORDERED** the "Findings of Fact and Conclusions of Law," ECF No. 112, are **HEREBY CORRECTED** to change the award of "$0" for medical expenses on page 55 to "$68,184.00."

**IT IS FURTHER ORDERED** the Court will not issue new or amended "Findings of Fact or Conclusions of Law," but rather fully incorporates the orders herein through the issuance of this addendum.

**SIGNED** this _21st_ day of **August 2025.**

_____
**DAVID BRIONES**
**UNITED STATES SENIOR DISTRICT JUDGE**

---

[1] The amount of $68,184.00 was stipulated to by the parties and accepted by the Court in the record at the time of trial.